## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Cheryl L Pollak__      DATE : __10/3/2023__

DOCKET NUMBER: __23 CR 391 (PKC)__      LOG #: __2:18 — 2:23__

DEFENDANT'S NAME : __Parwinder Singh__
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: __Jonathan Kaye__
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A __Amanda Shami__      CLERK: __SM Yuen__

Probation : _____      (Language) __Punjabi - Ashutosh Mishra__

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

___ BAIL HEARING Held.    ___ Defendant's first appearance.

  ___ Bond set at _____ satisfaction of bond conditions.    Defendant ___ released ___ held pending

  ___ Defendant advised of bond conditions set by the Court and signed the bond.

  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __10/3/23__ Stop __10/31/23__

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

✓ Status conference set for __10/31/23__ @ __10:15am__ before Judge __Chen__

Other Rulings : _____